```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| INSPIRATION BLACKWELL, | 1:16-cv-5342-NLH-AMD |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| WARDEN GERALDINE COHEN, ATLANTIC COUNTY JUSTICE FACILITY MEDICAL STAFF; ATLANTIC COUNTY FREEHOLDERS; DENNIS LEVISON, and FRANK FORMICA, | |
| Defendants. | |

**APPEARANCE**:

James T. Dugan, Esq., Assistant County Counsel
Atlantic County Department of Law
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401
    Attorneys for Defendant Warden Geraldine Cohen

**HILLMAN, District Judge**

    WHEREAS, Defendant Warden Geraldine Cohen filed a Motion to Dismiss Plaintiff's Complaint for failure to provide discovery and prosecute the cause of action, see ECF No. 45; and

    WHEREAS, the Motion to Dismiss was unaccompanied by a brief or statement that a brief was unnecessary as required by the Rules of Court, see Local Civ. R. 7.1(d);

    THEREFORE,

    IT IS on this  26th  day of August, 2019

    ORDERED that Defendant Warden Geraldine Cohen's Motion to

Dismiss (ECF No. 45) IS DENIED WITHOUT PREJUDICE to Defendant's right to refile her motion in compliance with the rules; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order on Plaintiff by regular first-class mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |