```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
    ─────────────────────────────────

    INSPIRATION BLACKWELL,            1:16-cv-5342 (NLH) (AMD)

                   Plaintiff,         MEMORANDUM OPINION & ORDER

           v.

    WARDEN GERALDINE COHEN, et
    al.,

                   Defendants.
    ─────────────────────────────────
```

**APPEARANCES**:

Inspiration Blackwell
1161920/160249C
Southern State Correctional Facility
Unit 101-A-Lup/Compound B
4295 Route 47
Delmont, NJ 08314

    Plaintiff pro se

James T. Dugan, Esq.
Atlantic County Department of Law
1333 Atlantic Avenue
8th Floor
Atlantic City, NJ 08401

    Attorneys for Defendant Geraldine Cohen

Stephen D. Holtzman, Esq.
Jeffrey S. McClain, Esq.
Holtzman & McClain, PC
524 Maple Avenue
Suite 200
Linwood, NJ 08221

    Attorneys for Defendant CFG Health Systems, LLC

**HILLMAN, District Judge**

WHEREAS, Defendants Geraldine Cohen and CFG Health Systems, LLC have filed motions for summary judgment on Plaintiff Inspiration Blackwell's civil rights action, see ECF Nos. 57 & 58; and

WHEREAS, Defendants have raised the affirmative defense of failure to exhaust administrative remedies in their motions; and

WHEREAS, the Third Circuit has issued a decision in Paladino v. Newsome, 885 F.3d 203 (3d Cir. 2018), requiring District Courts to provide notice and an opportunity to respond before deciding factual disputes, such as exhaustion, on summary judgment; and

THEREFORE, IT IS on this  14th   day of April, 2020

ORDERED that the parties are NOTIFIED pursuant to Paladino v. Newsome, 885 F.3d 203 (3d Cir. 2018) and Small v. Camden County, 728 F.3d 265 (3d Cir. 2013) that the Court may resolve factual disputes regarding Plaintiff's exhaustion of administrative remedies as part of Defendants' summary judgment motions; and it is further

ORERED that the parties may submit any other evidence, such as affidavits or declarations, they wish the Court to consider on the exhaustion issue within 30 days of this Order, Fed. R. Civ. P. 56(e)(1); and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

                                         s/ Noel L. Hillman
At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.