```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
_____
                            :
INSPIRATION BLACKWELL,      :
                            :   No. 16-cv-5342 (NLH)(AMD)
            Plaintiff,      :
                            :
        v.                  :   MEMORANDUM OPINION
                            :
WARDEN GERALDINE COHEN,     :
et al.,                     :
                            :
            Defendants.     :
_____:
```

IT APPEARING THAT:

1. Plaintiff Inspiration Blackwell filed a civil rights action brought pursuant to 42 U.S.C. § 1983. ECF No. 1.

2. On May 6, 2020, the Court's April 14, 2020 Paladino Order issued in connection with Defendants' pending motions for summary judgment that that been mailed to Plaintiff's address of record at Southern State Correctional Facility in Delmont, New Jersey was returned as undeliverable. ECF No. 64.

3. The Notice mailed to Plaintiff's address of record has been returned to sender with the envelope marked "Return to Sender, Refused, Unable To Forward." Id. A stamp on the envelope marked "Not at SSCF" as the reason for the refusal. Id.

4. According to the New Jersey Department of Corrections' Inmate Locator, Plaintiff was released from custody on April 1,

1

2020. Offender Search Form, available at https://www20.state.nj.us/DOC_Inmate/inmatesearch.jsp (last visited May 7, 2020).

5. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6. Based on Plaintiff's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case and all pending motions.

7. Plaintiff may request to reopen this matter by submitting his new contact information to the Court.

8. An appropriate order follows.


Dated: May 8, 2020                    s/ Noel L. Hillman
At Camden, New Jersey                 NOEL L. HILLMAN, U.S.D.J.